# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-3802

_____

United States of America,                    *
                                              *
    Plaintiff - Appellee,               *
                                              * Appeal from the United States
    v.                                  * District Court for the Southern
                                              * District of Iowa.
Rolando Rodriguez-Valdovinos,                 *
                                              *   [UNPUBLISHED]
    Defendant - Appellant.              *

_____

Submitted: June 12, 2009
Filed:  February 8, 2010

_____

Before LOKEN, Chief Judge, JOHN R. GIBSON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Rolando Rodriguez-Valdovinos was charged in separate indictments with one count of conspiracy to distribute 500 grams or more of methamphetamine in violation of 21 U.S.C. §§ 846 and 841(b)(1)(A), and one count of being an illegal alien found in the United States without consent after being deported in violation of 8 U.S.C. § 1326(a) and (b)(2). He entered a guilty plea to the conspiracy charge in exchange for dismissal of the immigration indictment, and he was sentenced to the mandatory minimum of 240 months' imprisonment. Rodriguez-Valdovinos appeals.

Our review of the record indicates that Rodriguez-Valdovinos's appeal is without merit.  In his brief, Rodriguez-Valdovinos argues that the district court[1] should have a duty to inquire of a defendant at a plea colloquy what the defendant believed would be the sentencing consequences of proceeding to trial.  He concedes that no such duty presently exists, but urges in good-faith that we so hold because this duty is consistent with existing precedent.  We decline his invitation.  The district court did not err in accepting Rodriguez-Valdovinos's constitutionally valid plea of guilty.  Accordingly, the judgment of the district court is affirmed.

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.